**Randall E.W. GREEN, Appellant,**

v.

**Laura M. GREEN, Respondent.**

**Nos. WD 44915, WD 44931 and WD 45126.**

Missouri Court of Appeals, Western District.

March 9, 1993.

Rehearing Denied April 27, 1993.

---

Randall E.W. Green, Blue Springs, pro se.

Gail Berkowitz, Kansas City, for respondent Laura M. Green.

Richard Scaletty, Independence, Guardian ad Litem.

Before BERREY, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Randall E.W. Green appeals, pro se, from the May 1, 1991, judgment granting dissolution of marriage, awarding custody of the minor child born of the marriage to Laura M. Green, and making division of the marital property and the marital debt. The judgment is affirmed. Rule 84.16(b).